IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES THOMPSON, | ) | |
| | ) | Civil Action No. 1:19-cv-07841 |
| Plaintiff, | ) | Honorable Thomas M. Durkin |
| v. | ) | |
| | ) | |
| SAFE AUTO INSURANCE GROUP, INC., | ) | |
| SAFE AUTO INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL

Plaintiff James Thompson and Defendants Safe Auto Insurance Group, Inc. and Safe Auto Insurance Company, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice. All parties shall bear their own attorney's fees and costs.

Dated: August 5, 2021

| | |
|---|---|
| Plaintiff Pro Se | Attorney for Defendants |
| /s/ James Thompson | /s/ Timothy J. McCaffrey |
| PO Box 597123 | Timothy J. McCaffrey (IL ARDC 6229804) |
| Chicago Il 60659 | Eversheds Sutherland (US) LLP |
| | 900 North Michigan Ave., Ste. 1000 |
| | Chicago, Illinois 60611 |
| | P: 312.535-4445 |
| | F: 312.724.9322 |
| | timmccaffrey@eversheds-sutherland.com |

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney for Defendants Safe Auto Insurance Group, Inc. and Safe Auto Insurance Company hereby certifies that on August 5, 2021, he caused a true and correct copy of the foregoing Joint Stipulation of Dismissal to be filed with the Clerk of the Court using the CM/ECF system and to be emailed to Pro Se Plaintiff James Thompson at jimthomslaw@gmail.com.

                                                                        /s/ Timothy J. McCaffrey